IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JUSTIN CRAIG HUNT**                                                                                     **PLAINTIFF**

v.                                        Case No: 4:22-cv-00973-LPR

**UNITED PARCEL SERVICE, INC.**                                                           **DEFENDANT**

## JUDGMENT

Pursuant to the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice.

IT IS SO ADJUDGED this 1st day of February 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE